HANKINS v. SOMERS

No. 66 PC.

Case below: 39 N.C. App. 617.

Petition by defendants for discretionary review under G.S. 7A-31 denied 1 May 1979.

HENNESSEE v. COGBURN

No. 57 PC.

Case below: 39 N.C. App. 627.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

LEWIS v. DOVE

No. 64 PC.

Case below: 39 N.C. App. 599.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

LINDER v. INSURANCE CO.

No. 39 PC.

Case below: 39 N.C. App. 486.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.

McANINCH v. McANINCH

No. 63 PC.

Case below: 39 N.C. App. 665.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 May 1979.